Decision Per Curiam.

Michael F. Dwyer, Plaintiff in Error, vs. The Alabama Coal Company, Defendant in Error.

### DIVISION A.

Writ of error to Circuit Court, Brevard county; Louis C. Massey, Referee.

*Robbins & Graham,* for Plaintiff in Error.

*John E. Hartridge,* for Defendant in Error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

Michael F. Dwyer, Plaintiff in Error, vs. Francis Batchelder and F. S. Snyder, Copartners as Francis Batchelder & Company, Defendants in Error.

Memorandum Decisions.

## DIVISION A.

Writ of error to Circuit Court, Brevard county; Louis C. Massey, Referee.

*Robbins & Graham,* for Plaintiff in Error.

*John E. Hartridge,* for Defendants in Error.